JONES v. JONES

No. 92P96

Case below: 121 N.C.App. 523

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

JONES v. PATIENCE

No. 154P96

Case below: 121 N.C.App. 434

·Notice of appeal by defendant (substantial constitutional question) dismissed by the Court ex mero motu 9 May 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

McNAMARA v. WILMINGTON MALL REALTY CORP.

No. 138P96

Case below: 121 N.C.App. 400

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 May 1996.

N.C. DEPT. OF CORRECTION v. MYERS

No. 489PA95-2

Case below: 120 N.C.App. 437

Petition by Attorney General for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 15 April 1996.

NIFONG v. C. C. MANGUM, INC.

No. 150A96

Case below: 121 N.C.App. 767

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 9 May 1996.